IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

ROBERT WATKINS                                                                                      PLAINTIFF

v.                                                                                                            NO. 4:07CV91

BOB SCHMIDT, INC., et al.                                                                    DEFENDANTS

## ORDER ADOPTING REPORT AND RECOMMENDATION

Upon consideration of the file and record of this action, the Court finds the Report and Recommendation of the United States Magistrate Judge dated March 20, 2008, was on that date duly served by regular mail upon plaintiff; that more than ten days have elapsed since service of said Report and Recommendation; and that no objection thereto has been filed or served by Plaintiff. The Court is of the opinion that the magistrate judge's Report and Recommendation should be approved and adopted as the opinion of the Court. It is, therefore

**ORDERED:**

l. That the Report and Recommendation of the United States Magistrate Judge dated March 20, 2007, is approved and adopted as the opinion of the Court;

2. That this case is hereby **DISMISSED** for Plaintiff's failure to prosecute and failure to obey an order of the Court pursuant to Fed.R.Civ.P. 41(b); and

3. That the Clerk shall forthwith **CLOSE** this case.

**THIS**, the 8th day of April, 2008.

                                                                                  /s/ Sharion Aycock
                                                                                 **U. S. DISTRICT JUDGE**